**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. 18-62142 |
| | ) | CHAPTER 13 |
| MARY ELLEN GREAVU | ) | |
| | ) | JUDGE KENDIG |
| | ) | |
| | ) | **MODIFICATION OF PLAN** |
| DEBTORS | ) | |
| | ) | |
| | ) | |

  Now come Debtors, Mary Greavu, by and through the undersigned counsel, and request a modification of their Chapter 13 plan pursuant to 11 U.S.C. § 1329(a) and Federal Rule of Bankruptcy Procedure 3015(g).

  Debtor filed a petition on October 23, 2018. Through the plan, Debtor is contributing $1205.01 monthly. Her plan was confirmed on January 17, 2019. Debtor is paying a Chapter 7 value of $1048 to unsecured creditors.

  Debtor's boyfriend moved out last summer and debtors social security for her daughters was reduced last year as well. Further, Debtor had to replace her furnace this past winter for a total amount of $6000. Debtor proposes to retain her 2020 tax refund due to the loss of income and this extraordinary expense that she had this past year. Any delinquency is suspended with approval of this modification and the plan term if necessary will be extended to maintain feasibility.

  Wherefore, Debtors pray the Court approve the modification and grant such other relief as may be just and appropriate.

Submitted by:

/s/Nicole L. Rohr-Metzger
Nicole L. Rohr-Metzger (#0078316)
Thrush & Rohr, L.L.C.
4930 Hills & Dales Rd., NW
Canton OH 44708
(330) 479-9494
(330) 479-9585 *fax*
Counsel for Debtors

1

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **IN THE MATTER OF:** | ) | **CASE NO. 18-62142** |
| | ) | **CHAPTER 13** |
| **MARY ELLEN GREAVU** | ) | |
| | ) | **JUDGE KENDIG** |
| | ) | |
| | ) | **NOTICE OF MODIFICATION OF PLAN** |
| **DEBTORS** | ) | |

Debtors have filed papers with the Court seeking to modify their Chapter 13 plan.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have any attorney, you may wish to consult one.)**

If you do not want the court to grant the requested modification, or if you want the court to consider your views on the modification, then on or before **May 14, 2021** you or your attorney must:

File with the court a written response, explaining your position, and a written request for a hearing, at:

> **U.S. Bankruptcy Court,**
> **Ralph Regula U.S. Courthouse,**
> **401 McKinley Ave SW, Canton, OH 44702**

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date state above.

You must also mail a copy to:

| | |
|---|---|
| Nicole L. Rohr-Metzger | Dynele Schinker-Kuharich |
| Thrush & Rohr, L.L.C. | Office of the Chapter 13 Trustee |
| 4930 Hills & Dales Rd., NW | 200 Market Avenue North Ste LL30 |
| Canton, Ohio 44708 | Canton, Ohio 44702 |

If you or your attorney do not take these steps, the court may decide that you do not oppose the modification and the modification may be granted.

Date: April 23, 2021         Signature: /s/Nicole L. Rohr-Metzger
                                        Name: Nicole L. Rohr-Metzger

4930 Hills & Dales Rd., NW
Canton OH 44708

## CERTIFICATE OF SERVICE

I certify that On April 23, 2021, a true and correct copy of the foregoing was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Nicole L. Rohr-Metzger   nicole@thrushandrohr.com, office@thrushandrohr.com;thrushrohr@gmail.com
- Dynele L Schinker-Kuharich   DLSK@Chapter13Canton.com, dschinkerkuharich@ecf.epiqsystems.com
- United States Trustee   (Registered address)@usdoj.gov

And by regular U.S. mail, postage prepaid, on:

See attached matrix

/s/ Nicole L. Rohr-Metzger
Nicole L. Rohr -Metzger

Thrush & Rohr Attorneys at Law

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0647-6<br>Case 18-62142-rk<br>Northern District of Ohio<br>Canton<br>Fri Apr 23 11:38:19 EDT 2021 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | United States Bankruptcy Court<br>Ralph Regula U.S. Courthouse<br>401 McKinley Avenue SW<br>Canton, OH 44702-1745 |
| AMCA<br>PO Box 1235<br>Elmsford, NY 10523-0935 | Akron Children's Hospital<br>PO Box 1750<br>Akron, OH 44309-1750 | (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 |
| American Medical Response of OH<br>50 South Main Street Suite 401<br>Akron, OH 44308-1829 | American Medical Response of Ohio<br>PO Box 100217<br>Atlanta, GA 30384-0217 | Auto Owners Insurance<br>6101 Anacapri Blvd<br>Lansing, MI 48917-3994 |
| Auto-Owners Insurance Company<br>PO Box 30660<br>Lansing, MI 48909-8160 | CMCS<br>10192 Grand River Rd Ste 111<br>Brighton, MI 48116-6531 | Capital One Bank USA NA<br>PO Box 6492<br>Carol Stream, IL 60197-6492 |
| Credence Resource Management<br>17000 Dallas Parkway Ste 204<br>Dallas, TX 75248-1940 | Credence Resource Management LLC<br>P.O. Box 2420<br>Southgate, MI 48195-4420 | (p)DIRECTV LLC<br>ATTN BANKRUPTCIES<br>PO BOX 6550<br>GREENWOOD VILLAGE CO 80155-6550 |
| Directv, LLC<br>by American InfoSource as agent<br>PO Box 5008<br>Carol Stream, IL 60197-5008 | First American Loans<br>4313 Tuscarawas Street W<br>Canton, OH 44708-5461 | FirstCredit, Inc (FCI)<br>PO Box 630838<br>Cincinnati, OH 45263-0838 |
| GM Financial<br>PO Box 78143<br>Phoenix, AZ 85062-8143 | HSBC Bank Nevada N.A.<br>C/o Portfolio Recovery Associates<br>PO Box 12914<br>Norfolk, VA 23541-0914 | Jennifer Tanaka<br>1100 Superior Avenue 19th Floor<br>Cleveland, OH 44114-2521 |
| Mercy Medical Center<br>PO Box 951082<br>Cleveland, OH 44193-0005 | Midland Funding LLC<br>2365 Northside Drive #300<br>San Diego, CA 92108-2709 | Midland Funding LLC<br>C/O statutory agent William Ritchey<br>674 Oblerlin Elyria Rd<br>Elyria, OH 44035-7728 |
| Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Modernpath Inc<br>RBC Inc<br>PO Box 1548<br>Mansfield, Ohio 44901-1548 | North Shore Agency/Pro Active<br>270 Spagnoli Rd Suite 111<br>Melville, NY 11747-3515 |
| Phillips & Cohen Associates<br>Mail Stop 2001<br>1002 Justison Street<br>Wilmington, DE 19801-5148 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quest Diagnostics<br>PO Box 71314<br>Philadelphia, PA 19176-1314 |

| | | |
|---|---|---|
| (p)RBC<br>PO BOX 1548<br>MANSFIELD OH 44901-1548 | RPM<br>20816 44th Ave W<br>Lynnwood, WA 98036-7799 | Radiology Services of Canton<br>P O Box 20238<br>Canton, OH 44701-0238 |
| Radiology Services of Canton<br>RBC Inc<br>PO Box 1548<br>Mansfield, Ohio 44901-1548 | (p)ROSSMAN & CO PCB<br>PO BOX 2051<br>NEW ALBANY OH 43054-2051 | SST/CIGPF1CORP<br>4315 Pickett Rd<br>Saint Joseph, MO 64503-1600 |
| Santander Consumer USA<br>ATTN Bankruptcy Dept<br>PO Box 560284<br>Dallas, TX 75356-0284 | Santander Consumer USA, Inc.<br>P.O. Box 560284<br>Dallas, TX 75356-0284 | Synchrony Bank - Care Credit<br>Attn: Bankruptcy Dept.<br>PO Box 965060<br>Orlando, FL 32896-5060 |
| U.S. Bank National Association, et al.<br>c/o Rushmore Loan Management Services<br>P.O. Box 55004<br>Irvine, CA 92619-5004 | US Department of Education<br>P.O. Box 16448<br>St. Paul, MN 55116-0448 | US Dept of Education<br>PO Box 5609<br>Greenville, TX 75403-5609 |
| VCSO of Ohio, Inc. d/b/a First American Loan<br>135 N. Church Street<br>Spartanburg, SC 29306-5138 | Wells Fargo Bank, N.A.<br>Default Document Processing<br>N9286-01Y<br>1000 Blue Gentian Road<br>Eagan MN 55121-7700 | Wells Fargo Home Mortgage<br>PO Box 14538<br>Des Moines, IA 50306-3538 |
| Dynele L Schinker-Kuharich<br>Office of the Chapter 13 Trustee<br>200 Market Avenue North, Ste. LL30<br>Canton, OH 44702-1435 | Mary Ellen Greavu<br>3704 Argyle Road SE<br>Canton, OH 44707-1912 | Nicole L. Rohr-Metzger<br>Thrush & Rohr LLC<br>4930 Hills & Dales Rd NW<br>Canton, OH 44708-1406 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AmeriCredit Financial Services, Inc.<br>dba GM Financial<br>P O Box 183853<br>Arlington, TX 76096 | DirecTV<br>PO Box 78626<br>Phoenix, AZ 85062 | Portfolio Recovery<br>PO Box 12914<br>Norfolk, VA 23541 |
| (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | RBC<br>PO Box 1548<br>Mansfield, OH 44901 | Rossman and Co<br>PO  Box 2051<br>New Albany, OH 43054 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)U.S. Bank National Association, not in its    (u)Wells Fargo Bank, N.A.    (d)PRA Receivables Management, LLC
                                                                              PO Box 41021
                                                                              Norfolk, VA 23541-1021

**End of Label Matrix**
**Mailable recipients**     47
**Bypassed recipients**      3
**Total**                   50